APALLA U. CHOPRA (S.B. #163207)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:	(213) 430-6000
Facsimile:	(213) 430-6407

ADAM P. KOHSWEENEY (S.B. #229983)
akohsweeney@omm.com
SUSANNAH K. HOWARD (S.B. #291326)
showard@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California, 94111-3823
Telephone:	(415) 984-8912
Facsimile:	(415) 984-8701

Attorneys for Defendant
Bank of America, NA

*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI TRIPES, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, NA,<br><br>　　　　　　Defendant. | Case No. 18CV1250-JM(RBB)<br><br>**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE & REQUEST FOR STAY** |

1  Alisa A. Martin (S.B. #224037)
   **AMARTIN LAW, PC**
2  600 West Broadway, Suite 700
   San Diego, CA 92101
3  Telephone:   (619) 308-6880
   Facsimile:   (619) 308-6881
4
   Lindsay C. David (S.B. #283267)
5  **BRENNAN & DAVID LAW GROUP**
   2888 Loker Avenue East, Suite 302
6  Carlsbad, CA 92010
   Telephone:  (760) 730-9408
7  Facsimile:   (760) 888-3575

8  Attorneys for Plaintiff
   Traci Tripes

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Traci Tripes ("Plaintiff") and Defendant Bank of America, N.A. ("Bank of America") (collectively, "the Parties") hereby notify the Court that the Parties have reached an agreement in principle on the terms of an individual settlement to resolve the action *Traci Tripes v. Bank of America, NA*, Case No. 18CV1250-JM(RBB), currently pending before this Court.  The Parties anticipate that Plaintiff will file a dismissal with prejudice of her individual claims in this action (with the potential claims of the putative class members dismissed without prejudice) following the Parties' execution of the formal settlement agreement and the payment of consideration pursuant to same.

Accordingly, the Parties jointly request that this Court issue an Order staying all proceedings and continuing all deadlines in this case for forty-five (45) days to allow the Parties time to implement their agreement.

Dated:  June 7, 2019

O'MELVENY & MYERS LLP
APALLA U. CHOPRA
ADAM P. KOHSWEENEY
SUSANNAH K. HOWARD

By:  */s/ Adam P. KohSweeney*
      Adam P. KohSweeney
Attorneys for Defendant
Bank of America, NA

Dated:  June 7, 2019

BRENNAN & DAVID LAW GROUP
LINDSAY C. DAVID

By:  */s/ Lindsay C. David*
      Lindsay C. David
Attorneys for Plaintiff
Traci Tripes

## SIGNATURE ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I hereby certify that the content of this document is acceptable to counsel for Plaintiff, that authorization for the filing of this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signatures on this document.

Dated: June 7, 2019
O'MELVENY & MYERS LLP
APALLA U. CHOPRA
ADAM P. KOHSWEENEY
SUSANNAH K. HOWARD

By: /s/ *Adam P. KohSweeney*
Adam P. KohSweeney
Attorneys for Defendant
Bank of America, NA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served on June 7, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's EM/ECF system per Civil Local Rule 5.4.

Dated: June 7, 2019
O'MELVENY & MYERS LLP
APALLA U. CHOPRA
ADAM P. KOHSWEENEY
SUSANNAH K. HOWARD

By: /s/ *Adam P. KohSweeney*
Adam P. KohSweeney
Attorneys for Defendant
Bank of America, NA